MEMORANDUM OPINION




No. 04-03-00448-CV



IN RE Jon R. RUNNELLS



Original Mandamus Proceeding (1)



Opinion by: Catherine Stone, Justice


Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Karen Angelini, Justice


Delivered and Filed: June 25, 2003


PETITION FOR WRIT OF MANDAMUS DENIED

 On June 11, 2003, relator filed a petition for writ of mandamus. The court has considered
relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly,
relator's petition for writ of mandamus is denied. See Tex. R. App. P. 52.8(a). 


 Catherine Stone, Justice
1. This proceeding arises out of Cause No. 2002-CR-7752, styled The State of Texas v. Jon R. Runnells,
pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Sid Harle presiding.